## Peabody *v.* Republic Steel Corporation, Appellant.

Argued November 17, 1972. *Clyde W. Armstrong*, with him *William M. Wycoff, Robert S. Grigsby, Thorp, Reed & Armstrong*, and *Thomson, Rhodes & Grigsby*, for appellant; *Roslyn M. Litman*, with her *Richard B. Springer*, and *Litman, Litman, Harris and Specter*, for appellee.

Judgment affirmed.

WATKINS, J., absent.

## Rago *v.* Children's Hospital of Pittsburgh et al., Appellants.

Argued November 17, 1972. *William R. Tighe* and *Kim Darragh*, with them *Arthur G. Stein, Stein and Winters*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellant; *Dennis C. Harrington*, with him *Harrington, Feeney & Schweers*, for appellees.

Judgment affirmed.

WATKINS, J., absent.